

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-15-00461-CV

**ESTATE OF WILLIAM HENRY MATTHEWS, III, DECEASED**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2415
Kelly Cross, Judge Presiding

# O R D E R

The District Clerk's extension of time to file the Clerk's Record is this date NOTED. Time is extended to August 14, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

County Clerk, Gerard Rickhoff
Bexar County Courthouse
100 Dolorosa
San Antonio, TX 78205

Charles Riley
Riley & Riley
320 Lexington Ave
San Antonio, TX 78215-1913

Raymond K. Leach
Law Offices of Ray Leach
111 W Olmos Dr
San Antonio, TX 78212-1955

Gordon Wayne Slade Jr.
The Slade Law Firm PC
310 W Sunset
San Antonio, TX 78209